**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: LINDA NOFZIGER**
**(Bankruptcy Case No. 6-04-bk-9253-KSJ**

**MITCHELL KALMANSON,**

        **Appellant,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1474-Orl-31DAB**

**LINDA NOFZIGER,**

        **Appellee.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ALTERNATIVE 28 U.S.C. § 158 CERTIFICATION (Doc. No. 30)**
>
> **FILED:** July 19, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On May 18, 2006, this Court entered an order (Doc. 26) affirming the decision of the Bankruptcy Court, and on June 16, 2006, the Appellant, Mitchell Kalmanson ("Kalmanson") filed his notice of appeal (Doc. 29) of that decision. To the extent that the Court's May 18 order might not be a final decision, Kalmanson now seeks a 28 U.S.C. § 158(d)(2) certification that would allow him to pursue his appeal. In his motion, however, Kalmanson has made no showing that the

decision meets the requirements for certification under that statute, instead simply opting to reargue the merits.  As such, the motion is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 1, 2006.

                                                          GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE